IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-cr-00205-4 |
| v. | ) | |
| | ) | Judge Nixon |
| MARIA MARQUEZ-RAMIREZ | ) | |

## ORDER

Pending before the Court is Defendant Maria Marquez-Ramirez's Motion to Expedite Sentencing Hearing ("Motion"), in which she requests the Court move her sentencing hearing, currently set for September 12, 2013, to an earlier date. (Doc. No. 100.) Ms. Marquez-Ramirez states that, based on information contained in her Presentence Report, her counsel believes she is likely to be sentenced to time served. (*Id.*) In addition, Ms. Marquez-Ramirez states that her counsel has conferred with the Government, and it has no objection to the Motion. (*Id.*)

Accordingly, the Motion is **GRANTED**; the sentencing hearing is **ACCELERATED** to **August 30, 2013,** at **10:00 a.m.**

It is so ORDERED.

Entered this the 18th day of August, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT